ACCEPTED
03-14-00595-CR
4151522
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/13/2015 4:05:19 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00595-CR

COURT OF APPEALS

FOR THE

AUSTIN SUPREME JUDICIAL DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/13/2015 4:05:19 PM
JEFFREY D. KYLE
Clerk

ANDREW ELON GARRAWAY,
APPELLANT

VS.

THE STATE OF TEXAS,
APPELLEE

APPEAL FROM
THE 22ND JUDICIAL DISTRICT COURT
HAYS COUNTY, TEXAS
TRIAL COURT CAUSE NUMBER CR-11-0925

**FIRST MOTION FOR EXTENSION
OF TIME IN WHICH TO FILE STATE'S BRIEF**

BEN MOORE
ASST. CRIMINAL DISTRICT ATTORNEY
HAYS COUNTY GOVERNMENT CENTER
712 SOUTH STAGECOACH TRAIL, STE. 2057
SAN MARCOS, TEXAS, 78666
512-393-7600
BENJAMIN.MOORE@CO.HAYS.TX.US
STATE BAR NO. 24042522
ATTORNEY FOR THE STATE OF TEXAS

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

The State files this First Motion for Extension of Time in Which to File State's Brief, and in support states:

1. The State's current deadline for filing its brief is February 17, 2015.

2. This is the State's first Motion for Extension of Time in which to file her brief.

3. The State respectfully requests an extension of approximately thirty days, until March 19, 2015 in which to file her brief.

4. Good cause exists for the State's request for extension of time in which to file its brief. The undersigned attorney is currently responsible for prosecuting over 170 felony cases and has not had adequate time to devote to the proper research and drafting of the appellate reply brief.

5. These circumstances have significantly delayed the completion of this brief.

6. This extension is not being sought to cause undue delay, but to seek justice.

7. For the foregoing reasons, the State respectfully requests that the Court grant an approximate thirty day extension for filing Appellee's Brief, until March 19, 2015.

Respectfully submitted,

_(signature)_

Ben Moore
 Asst. Criminal District Attorney
 Hays County Government Center
 712 South Stagecoach Trail, Ste. 2057
San Marcos, Texas, 78666
512-393-7600
Benjamin.moore@co.hays.tx.us
State Bar No. 24042522
Attorney for the State of Texas

    The foregoing Appellant Motion for Extension of Time in Which to File Appellant's Brief was subscribed and sworn to before me by Ben Moore on this the 13th of February, 2015.

_(signature)_     Ben Moore

_____

Notary Public in and for the State of Texas

## CERTIFICATE OF CONFERENCE

I certify that I emailed Appellant's attorney Ellic Sahualla to ask if he opposed the extension, on February 13, 2015. Mr. Sahualla replied and has no objection.

_____
Ben Moore

## CERTIFICATE OF SERVICE

I certify that on February 13, 2015, I served the above motion by email to ellic@sahuallalaw.com, in accordance with the Texas Rules of Appellate Procedure.

_____
Ben Moore